| | |
|---|---|
| Wendy M. Lazerson, SBN 97285<br>wlazerson@sidley.com<br>Caryn F. Horner, SBN 273500<br>chorner@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road<br>Building 1<br>Palo Alto, California  94304<br>Telephone:  (650) 565-7000<br>Facsimile:  (650) 565-7100 | *E-FILED: January 30, 2013* |

*Attorneys for Defendant Hewlett-Packard Company*

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Marc A. Pilotin (Cal Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com
E-Mail: mpilotin@lchb.com

*Attorneys for Plaintiff and proposed Class Members*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, on behalf of himself and classes of those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Defendant. | Case No. C13-0119<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>CURRENT DATE:  February 1, 2013<br><br>DATE REQUESTED:  February 22, 2013 |

| | |
|---|---|
| 1 | DEFENDANT AND PLAINTIFF HEREBY STIPULATE AS FOLLOWS: |

The deadline for Defendant Hewlett-Packard Company ("HP") to answer or otherwise respond to the Complaint in the above-entitled action, served on HP on January 11, 2013, shall be extended to February 22, 2013, subject to the approval of the Court.

Dated: January 29, 2013

SIDLEY AUSTIN LLP

By: */s/ Wendy M. Lazerson*
Wendy M. Lazerson
Caryn F. Horner
*Attorneys for Defendant Hewlett-Packard Company*

Dated: January 29, 2013

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Jahan C. Sagafi*
Kelly M. Dermody
Jahan S. Sagafi
Marc A. Pilotin
*Attorneys for Plaintiff and proposed Class Members*

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____January 30,__, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE