UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, on behalf of himself and classes of those similarly situated,<br><br>              Plaintiff,<br>   v.<br>HEWLETT-PACKARD COMPANY,<br><br>              Defendant. | Case No.: 13-CV-0119-LHK<br><br>ORDER RE: MEET AND CONFER AND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT |

The Court is deeply disappointed by the parties' lack of cooperation and lack of reasonableness as evidenced by the parties' Joint Case Management Statement. The Court ORDERS the parties to meet and confer to narrow the scope of their disputes and to file a Supplemental Joint Case Management Statement by 5 p.m. on Tuesday, April 23, 2013.

The Court agrees with Defendant that there has not been a sufficient meet and confer process on the Protective Order. However, the Court agrees with Plaintiff that the party seeking a confidential designation bears the burden to justify its designation.

The Court denies Defendant's request to bifurcate discovery.

Each side will be limited to one motion for summary judgment or summary adjudication in this case.

**IT IS SO ORDERED.**

April 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-0119-LHK
ORDER RE: MEET AND CONFER AND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT