UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, on behalf of himself and classes of those similarly situated,<br><br>                Plaintiff,<br>    v.<br>HEWLETT-PACKARD COMPANY,<br><br>                Defendant. | Case No.: 13-CV-0119-LHK<br><br>ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO MEET AND CONFER RE MOTION TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS |

In light of the Court's Order to Meet and Confer, ECF No. 49, and the Joint Report of Parties Regarding Meet and Confer on Disputed Material, ECF No. 50, the Court DENIES as moot Defendant Hewlett-Packard Company's Ex Parte Application for Temporary Restraining Order, Evidence Preservation Order, Order for Expedited Discovery, and Order to Show Cause re: Issuance of Preliminary Injunction, ECF No. 41.

The Court also ORDERS the parties to meet and confer regarding Defendant's Motion to File First Amended Answer and Counterclaims, ECF No. 46, by May 16, 2013, and to file a joint status report on this motion by May 17, 2013.

The Court urges the parties to be more cooperative and reasonable.

**IT IS SO ORDERD.**

May 13, 2013

                                                  _____
                                                  LUCY H. KOH
                                                  United States District Judge

1

Case No.: 13-CV-0119-LHK
ORDER DENYING TRO; ORDER TO MEET AND CONFER