UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, on behalf of himself and classes of those similarly situated,<br><br>           Plaintiff,<br>    v.<br>HEWLETT-PACKARD COMPANY,<br><br>           Defendant. | Case No.: 13-CV-0119-LHK<br><br>ORDER RE: PROTECTIVE ORDER |

On May 8, 2013, pursuant to this Court's Order, the parties submitted a Joint Letter Brief addressing whether Opt-In Plaintiffs in the instant case should be given access to Defendant's discovery designated "CONFIDENTIAL." ECF No. 39.

The extent to which FLSA opt-in plaintiffs are subject to individualized discovery remains unsettled. *See Hoffman v. Constr. Protective Servs., Inc.*, 541 F.3d 1175, 1179 (9th Cir. 2008) (noting that the district court in that action had recognized this area of the law as unsettled); *Coldiron v. Pizza Hut, Inc.*, CV03-05865TJHMCX, 2004 WL 2601180 (C.D. Cal. Oct. 25, 2004) (recognizing two lines of cases regarding individualized discovery in opt-in class actions). In the parties' Joint Letter Brief, neither party cites to precedent governing opt-in plaintiffs' access to materials designated as confidential, or the implications of such access for individualized discovery. Furthermore, each of the cases Defendant cites as authority for opt-in discovery refers to discovery following conditional certification of an opt-in class. *See Hill v. R&L Carriers Shared*

1  *Services, LLC*, CV 09-1907 CW MEJ, 2010 WL 3769247, at *2 (N.D. Cal. Sept. 22, 2010);

2  *Coldiron*, 2004 WL 2601180, at *2; *Abubakar v. City of Solano*, CIVS-06-2268LKKEFB, 2008

3  WL 508911, at *2 (E.D. Cal. Feb. 22, 2008). In the instant case, Plaintiff's Motion for Conditional

4  FLSA Certification will be heard on September 19, 2013.

5      The Court finds that at this stage of the litigation, prior to conditional certification, Opt-In

6  Plaintiffs may access Defendant's discovery designated "CONFIDENTIAL," under the conditions

7  Plaintiff proposes in the Joint Letter Brief. However, any Opt-In Plaintiff who chooses to access

8  such material shall also be subject to reciprocal, reasonable, and appropriate discovery.

9  **IT IS SO ORDERD.**

10  May 14, 2013

               *Lucy H. Koh*
               LUCY H. KOH
               United States District Judge