| | |
|---|---|
| 1 | Kelly M. Dermody (Cal. Bar No. 171716) |
|   | Jahan C. Sagafi (Cal. Bar No. 224887) |
| 2 | Marc A. Pilotin (Cal Bar No. 266369) |
|   | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | 275 Battery Street, 29th Floor |
|   | San Francisco, CA 94111-3339 |
| 4 | Telephone:  (415) 956-1000 |
|   | Facsimile:   (415) 956-1008 |
| 5 | E-Mail: kdermody@lchb.com |
|   | E-Mail: jsagafi@lchb.com |
| 6 | E-Mail: mpilotin@lchb.com |
| 7 | Adam T. Klein (admitted *pro hac vice*) |
|   | Juno Turner (admitted *pro hac vice*) |
| 8 | OUTTEN & GOLDEN LLP |
|   | 3 Park Avenue, 29th Floor |
| 9 | New York, New York 10016 |
|   | Telephone: (212) 245-1000 |
| 10 | Fax: (212) 977-4005 |
|    | E-Mail: atk@outtengolden.com |
| 11 | E-Mail: jturner@outtengolden.com |
| 12 | *Attorneys for Plaintiffs and proposed Class Members* |
| 13 | Wendy M. Lazerson (Cal. Bar No. 97285) |
|    | Caryn F. Horner (Cal. Bar No. 273500) |
| 14 | 1001 Page Mill Road |
|    | Building 1 |
| 15 | Palo Alto, California  94304 |
|    | Telephone:  (650) 565-7000 |
| 16 | Facsimile:  (650) 565-7100 |
|    | E-Mail: wlazerson@sidley.com |
| 17 | E-Mail: chorner@sidley.com |
| 18 | *Attorneys for Defendant Hewlett-Packard Company* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| ERIC BENEDICT, on behalf of himself and classes of those similarly situated, | | Case No. C 13-0119 LHK |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT WITHOUT WAIVING DEFENDANT'S RULE 12 RIGHTS** |
| | v. | |
| HEWLETT-PACKARD COMPANY, | | |
| | Defendant. | |

The parties hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties stipulate to Plaintiff Eric Benedict's filing of a First Amended Complaint no later than the court day immediately following the day on which the Court grants this stipulation.

The parties hereby stipulate that Defendant Hewlett-Packard Company shall be permitted to file a Rule 12 motion in response to the First Amended Complaint within 21 days of service of the First Amended Complaint, regardless of an earlier filing by Defendant of an Answer and Counterclaims to the First Amended Complaint, which such Answer and Counterclaims Defendant may file as a matter of right under Rule 15(a)(3).

Both parties reserve all rights, objections and motions with regard to the amended pleadings referenced herein.

IT IS SO STIPULATED.

Dated: May 17, 2013         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____*/s/ Jahan C. Sagafi*_____
             Jahan C. Sagafi

Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Marc A. Pilotin (Cal. Bar No. 266369)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com
E-Mail: mpilotin@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Juno Turner (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: jturner@outtengolden.com

*Attorneys for Plaintiff and proposed Class Members*

1093154.2         - 2 -         STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE FAC WITHOUT WAIVING DEFENDANT'S RULE 12 RIGHTS

| | | |
|---|---|---|
| 1 | Dated: May 17, 2013 | SIDLEY AUSTIN LLP |

By: _____/s/ Wendy M. Lazerson_____

Wendy M. Lazerson (Cal. Bar No. 97285)
Caryn F. Horner (Cal. Bar No. 273500)
1001 Page Mill Road
Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
E-Mail: wlazerson@sidley.com
E-Mail: chorner@sidley.com
*Attorneys for Defendant Hewlett-Packard Company*

IT IS SO ORDERED.

Dated: May 30, 2013

By: *Lucy H. Koh*
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE