Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Marc A. Pilotin (Cal Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com
E-Mail: mpilotin@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Juno Turner (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: jturner@outtengolden.com

*Attorneys for Plaintiffs and proposed Class Members*

Wendy M. Lazerson (Cal. Bar No. 97285)
Caryn F. Horner (Cal. Bar No. 273500)
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, California  94304
Telephone:  (650) 565-7000
Facsimile:  (650) 565-7100
E-Mail: wlazerson@sidley.com
E-Mail: chorner@sidley.com

*Attorneys for Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, on behalf of himself and classes of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. C 13-0119 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY ON PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT HEWLETT-PACKARD COMPANY'S FIRST AMENDED ANSWER** |

Pursuant to the Court's May 30, 2013 order, the parties stipulate to stay discovery on Defendant's counterclaims and Plaintiff's two new named plaintiffs and two new state law causes of action until the resolution of any such Rule 11 or Rule 12 motions.

**IT IS SO STIPULATED.**

Dated: May 30, 2013         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                            By:      /s/ *Jahan C. Sagafi*
                                         Jahan C. Sagafi

                            Kelly M. Dermody (Cal. Bar No. 171716)
                            Jahan C. Sagafi (Cal. Bar No. 224887)
                            Marc A. Pilotin (Cal. Bar No. 266369)
                            275 Battery Street, 29th Floor
                            San Francisco, CA 94111-3339
                            Telephone:  (415) 956-1000
                            Facsimile:   (415) 956-1008
                            E-Mail: kdermody@lchb.com
                            E-Mail: jsagafi@lchb.com
                            E-Mail: mpilotin@lchb.com
                            Adam T. Klein (admitted *pro hac vice*)
                            Juno Turner (admitted *pro hac vice*)
                            OUTTEN & GOLDEN LLP
                            3 Park Avenue, 29th Floor
                            New York, New York 10016
                            Telephone: (212) 245-1000
                            Fax: (212) 977-4005
                            E-Mail: atk@outtengolden.com
                            E-Mail: jturner@outtengolden.com

                            *Attorneys for Plaintiffs and proposed Class Members*

Dated: May 30, 2013         SIDLEY AUSTIN LLP

                            By:   /s/ *Wendy M. Lazerson*

                            Wendy M. Lazerson (Cal. Bar No. 97285)
                            Caryn F. Horner (Cal. Bar No. 273500)
                            1001 Page Mill Road
                            Building 1
                            Palo Alto, California  94304
                            Telephone:  (650) 565-7000
                            Facsimile:  (650) 565-7100
                            E-Mail: wlazerson@sidley.com
                            E-Mail: chorner@sidley.com
                            *Attorneys for Defendant Hewlett-Packard Company*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 31, 2013

_____
The Honorable Lucy H. Koh
United States District Judge