Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Marc A. Pilotin (Cal. Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com
E-Mail: mpilotin@lchb.com

*Attorneys for Plaintiffs and proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, RICHARD BOWDERS, and KILRICANOS VIEIRA, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. C13-0119-LHK<br><br>**ORDER RE: PLAINTIFFS' MOTION TO SHORTEN TIME ON THEIR MOTION FOR ENFORCEMENT OF COURT ORDER REQUIRING PRODUCTION OF CLASS LIST** |

Upon consideration of Plaintiffs' Motion to Shorten Time on their Motion for Enforcement of Court Order Requiring Production of Class List, as well as Defendant's Opposition to Plaintiffs' Motion to Shorten Time, the Court sets the following briefing schedule for Plaintiffs' Motion for Enforcement:

Defendant Hewlett-Packard Company ("HP") shall file any response to Plaintiffs' Motion for Enforcement by 5:00 p.m. on Monday, June 17, 2013.

Plaintiffs shall file any reply in support of their Motion for Enforcement by 5:00 p.m. on Wednesday, June 19, 2013.

The Court will inform the parties if it deems a hearing necessary.

**IT IS SO ORDERED.**

1  Dated: June 13, 2013

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE