UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, RICHARD BOWDERS, and KILRICANOS VIEIRA, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No.: 13-CV-0119-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On July 31, 2013, the parties filed a Joint Case Management Statement. ECF No. 91. The Court adopts the parties' briefing schedule proposed therein: Defendant's Opposition to the Motion to Dismiss Counterclaims shall be filed by August 22, 2013, and Plaintiff Benedict's Reply shall be filed by September 12, 2013.

The Court hereby CONTINUES the Case Management Conference set for August 7, 2013, to November 21, 2013, at 1:30 p.m., to follow the hearing on the Motion to Dismiss Counterclaims scheduled for the same date and time. Pursuant to Civil Local Rule 16-10(d), the parties shall file a Joint Case Management Statement by November 14, 2013.

**IT IS SO ORDERD.**

Dated: August 5, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-0119-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE