1
2
3
4
5
6

*E-Filed: March 7, 2014*

7                                      NOT FOR CITATION

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                     SAN JOSE DIVISION

11   ERIC BENEDICT, ET AL.,                        No. C13-00119 LHK (HRL)

12              Plaintiffs,                         **ORDER RE SUPPLEMENT TO**
                                                    **DISCOVERY DISPUTE JOINT**
13        v.                                        **REPORT #2**

     HEWLETT-PACKARD COMPANY,                       **[Re: Docket No. 156]**
14
                Defendant.
15   _____/

16          Eric Benedict is a representative plaintiff in a conditionally certified FLSA collective action

17   against defendant Hewlett-Packard Company ("HP").  Before leaving HP, Benedict made a mirror

18   image of his HP-issued laptop hard drive, which contained some personal information.  After

19   learning of the existence of the image, HP demanded it be returned and filed counterclaims against

20   Benedict.  With involvement of the presiding judge, the parties agreed to a process whereby a third

21   party would attempt to segregate the contents of the image into proprietary HP information and

22   Benedict's personal information.

23          While the segregation process was ongoing, the parties filed Discovery Dispute Joint Report

24   #2 ("DDJR #2") to address HP's contention that Benedict was required to produce the entirety of

25   the image in response to its previously served requests for production.  In December 2013, the

26   undersigned issued an interim order requesting an update on the segregation process and

27   clarification as to whether allowing discovery on the entire hard drive image would frustrate the

28   purpose of the segregation process.  The parties' Supplement to DDJR #2 indicates that the

**United States District Court**
For the Northern District of California

1   segregation process would be substantially completed in January, with lingering issues to be

2   resolved thereafter through a meet and confer process.  Over 99% of the information contained

3   within the image has been deemed to belong to HP, and Benedict has provided HP with brief

4   descriptions of the remaining personal information on a rolling basis.

5          With respect to this less than one percent of information returned to Benedict, upon

6   completion of the segregation process, he shall timely produce any and all information, including

7   metadata, that is responsive to HP's requests for production.  Utilizing the descriptions of

8   Benedict's information, HP may identify any potentially relevant information it believes was

9   unreasonably withheld, and the parties shall meet and confer to resolve any resulting disputes.

10  Based on the record presented, including the arguments of both sides in DDJR #2 and the

11  supplement thereto, HP is not entitled to inspection of the hard drive at this time.

12         **IT IS SO ORDERED.**

13  Dated:  March 7, 2014

14                                                      HOWARD R. LLOYD
                                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**C13-00119 Notice will be electronically mailed to:**

Adam T. Klein      atk@outtengolden.com, aplatt@outtengolden.com, kar@outtengolden.com

Caryn F Horner      chorner@sidley.com, kmelendy@sidley.com, mhanhan@sidley.com, sfdocket@sidley.com, tscuffil@sidley.com

Daniel M. Hutchinson      dhutchinson@lchb.com

David Ryan Carpenter      drcarpenter@sidley.com

Jahan C. Sagafi      jsagafi@outtengolden.com

Jennifer Lin Liu      jliu@outtengolden.com

Juno E. Turner      jturner@outtengolden.com, jlyons@outtengolden.com, mhendriksen@outtengolden.com

Kelly M. Dermody      kdermody@lchb.com

Marc Pilotin      mpilotin@lchb.com, ajones@lchb.com

Mark E. Haddad      mhaddad@sidley.com, grodriguez@Sidley.com, laefilingnotice@sidley.com, LAlegria@Sidley.com

Max Fischer      mfischer@sidley.com, dgiusti@sidley.com

Wendy M. Lazerson      wlazerson@sidley.com, kmelendy@sidley.com, SFLitScan@Sidley.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**