UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ERIC BENEDICT,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

Case No. 13-cv-00119-BLF

**CASE MANAGEMENT ORDER**

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 07/17/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 06/25/2015 at 9:00 am |
| Hearing on Motions in Limine | 07/23/2015 at 2:30 pm |
| Final Pretrial Conference | 07/23/2015 at 2:30 pm |
| Trial | n/a |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT documents deemed personal by DEFENDANTS be
6   returned to PLAINTIFF by 05/30/2014.
7   IT IS FURTHER ORDERED THAT parties are to meet and confer regarding remaining
8   personal documents not returned by 06/15/2014.
9   IT IS FURTHER ORDERED THAT the court adopts the previously scheduled discovery
10  order with modifications to this courts calendar.
11  IT IS FURTHER ORDERED THAT separate Summary Judgment on Counterclaims will
12  be allowed.
13  IT IS FURTHER ORDERED THAT separate Dispositive Motions on Counterclaims are
14  due 60 days before Dispositive Motions on main claims.

16  Dated: May 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge