Kelly M. Dermody (Cal. Bar No. 171716)
Daniel M. Hutchinson (Cal. Bar No. 239458)
Marc A. Pilotin (Cal. Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Jahan C. Sagafi (Cal. Bar No. 224887)
Jennifer L. Liu (Cal. Bar No. 279370)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Adam T. Klein (admitted pro hac vice)
Juno Turner (admitted pro hac vice)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

*Attorneys for Plaintiffs, Opt-in Plaintiffs, and the Proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, RICHARD BOWDERS, KILRICANOS VIEIRA, and DAVID MUSTAIN, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. C 13-0119 BLF<br><br>[PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER |
| HEWLETT-PACKARD COMPANY,<br><br>Counterclaimant,<br>v.<br><br>ERIC BENEDICT,<br><br>Counterdefendant. | |

Pursuant to the Court's July 17, 2014 Case Management Order (ECF No. 266), Plaintiffs Eric Benedict, *et al.*, and Defendant Hewlett-Packard Company ("HP") submitted a joint letter regarding discovery and a proposal for modifying the case schedule (ECF No. 273).

Having considered the parties' joint letter, the Court finds good cause to amend the case schedule, as provided in the Court's March 12, 2014 and May 9, 2014 Case Management Orders (ECF Nos. 183 and 232). The Court sets the following case schedule:

| | |
|---|---|
| Last Day for HP to Designate Witness for Plaintiffs' Rule 30(b)(6) Notice of Deposition Regarding Electronically-Stored Information, Served August 19, 2014 | September 12, 2014 |
| Last Day for HP to Designate Witnesses for Rule 30(b)(6) Subjects, Identified in Plaintiffs' March 20, 2014 Letter<br><br>Last Day to Hold Deposition Concerning Electronically-Stored Information | September 30, 2014 |
| Further Case Management Conference | October 29, 2014 at 1:30 p.m. |
| Deadline for HP to Substantially Complete Production of Documents Responsive to Plaintiffs' July 10, 2014 Proposal | November 30, 2014 |
| Last Day to Hold Rule 30(b)(6) Depositions Concerning Subjects Identified in Plaintiffs' March 20, 2014 Letter | December 15, 2014 |
| Plaintiffs' Rule 23 Motion for Class Certification<br><br>Motion Filed<br>Opposition<br>Reply<br>Hearing | <br><br>January 29, 2015<br>February 26, 2015<br>March 19, 2015<br>April 2, 2015 at 9:00 a.m. |
| Fact Discovery Cut-Off | June 10, 2015 |
| FLSA Decertification Motion<br><br>Motion Filed<br>Opposition<br>Reply<br>Hearing | <br><br>June 25, 2015<br>July 9, 2015<br>July 16, 2015<br>August 6, 2015 at 9:00 a.m. |

1193304.2

-1-

[PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER
CASE NO. 13-0119 BLF

| | |
|---|---|
| Motion for Summary Judgment on HP's Counterclaims | |
| Motion Filed<br>Opposition<br>Reply<br>Hearing | June 5, 2015<br>June 19, 2015<br>June 26, 2015<br>July 16, 2015 at 9:00 a.m. |
| Motion for Summary Judgment on Plaintiffs' Claims | |
| Motion Filed<br>Opposition<br>Reply<br>Hearing | August 6, 2015<br>August 20, 2015<br>August 27, 2015<br>September 24, 2015 at 9:00 a.m. |
| Final Pretrial Conference and Hearing on Motions *in Limine* | October 22, 2015 @ 2:30 p.m. |
| Trial | December 7, 2015 |

**IT IS SO ORDERED.**

Dated:  September 4 , 2014

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE