United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ERIC BENEDICT,

    Plaintiff,

    v.

HEWLETT-PACKARD COMPANY,

    Defendant.

Case No. 13-cv-00119-BLF

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 11, 2014**

The parties in the above-captioned action are presently scheduled to appear at a Case Management Conference on Thursday, October 30, 2014. The Court has received a joint Case Management Statement from the parties, in which it is noted that "Plaintiffs remain concerned about the pace of discovery and whether it will be completed in time to enable them to prepare and file their Motion for Class Certification." ECF 278 at 2.

The parties request that they be given the opportunity to work through their discovery issues and file a joint letter with the Court on November 21, 2014, apprising the Court of their progress and proposing any changes to the current case schedule, as needed.

The Court hereby VACATES the October 30, 2014 Case Management Conference. The parties will file with the Court a letter detailing discovery progress and proposing schedule changes no later than November 21, 2014. The parties will appear for further case management at 1:30 p.m. on Thursday, **December 11, 2014**.

**IT IS SO ORDERED.**

Dated: October 24, 2014

_____
BETH LABSON FREEMAN
United States District Judge