UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case No. 13-cv-00119-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND MODIFYING CASE SCHEDULE**<br><br>[Re: ECF 284] |

The parties in the above-captioned action are presently scheduled to appear for case management on December 11, 2014. Before the Court is a joint request by the parties to modify the case schedule, in light of a revised discovery plan. *See* ECF 284 at 1-2.

The Court hereby VACATES the scheduled case management conference, and GRANTS the parties' request to modify the case schedule as follows:

| | |
|---|---|
| Plaintiffs identify additional organizations for which they seek Rule 30(b)(6) depositions | December 19, 2014 |
| Further Case Management Conference | January 15, 2015 at 1:30 p.m. |
| HP Substantially Completes Production of Documents for the ES WW ITO and ES USPS Navy and Marine Corp Groups | January 23, 2015 |
| HP Substantially Completes Production of Documents for additional organizations (identified by Plaintiffs by December 19, 2014) | February 13, 2015 |

| | |
|---|---|
| 30(b)(6) Depositions for the ES WW ITO and ES USPS Navy and Marine Corp Groups completed | February 27, 2015 |
| 30(b)(6) Depositions for additional organizations identified by Plaintiffs by December 19, 2014 | March 13, 2015 |
| Plaintiffs' Rule 23 Motion for Class Certification<br><br>Motion Filed<br>Opposition<br>Reply<br>Hearing | <br><br>April 16, 2015<br>May 14, 2015<br>June 4, 2015<br>June 25, 2015 at 9:00 a.m. |
| Fact Discovery Cut-Off | September 2, 2015 |
| FLSA Decertification Motion<br><br>Motion Filed<br>Opposition<br>Reply<br>Hearing | <br><br>September 17, 2015<br>October 1, 2015<br>October 8, 2015<br>October 22, 2015 at 9:00 a.m. |
| Plaintiff Eric Benedict's Motion for Summary Judgment on HP's Counterclaims<br><br>Motion Filed<br>Opposition<br>Reply<br>Hearing | <br><br><br>August 28, 2015<br>September 11, 2015<br>September 18, 2015<br>October 8, 2015 at 9:00 a.m. |
| Motion for Summary Judgment on Plaintiffs' Claims<br><br>Motion Filed<br>Opposition<br>Reply<br>Hearing | <br><br>October 29, 2015<br>November 12, 2015<br>November 19, 2015<br>December 3, 2015 at 9:00 a.m. |
| Final Pretrial Conference and Hearing on Motions *in Limine* | January 14, 2016 at 2:30 p.m. |
| Trial | February 8, 2016 |

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
BETH LABSON FREEMAN
United States District Judge