UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case No.  13-cv-00119-BLF<br><br>**ORDER VACATING AND RESETTING CASE MANAGEMENT CONFERENCE** |

The Court HEREBY VACATES the parties' January 15, 2015 case management conference. The conference is RESET to April 2, 2015.

**IT IS SO ORDERED.**

Dated: January 13, 2015

_____
BETH LABSON FREEMAN
United States District Judge