United States District Court
Northern District of California

1

2

3                               UNITED STATES DISTRICT COURT

4                             NORTHERN DISTRICT OF CALIFORNIA

5                                       SAN JOSE DIVISION

6

7    ERIC BENEDICT,                              Case No.  13-cv-00119-BLF

              Plaintiff,
8                                                **CASE MANAGEMENT ORDER**

9          v.

10   HEWLETT-PACKARD COMPANY,

              Defendant.
11

12

13         On March 12, 2015, the parties appeared before Judge Beth Labson Freeman for a Case

14   Management Conference.

15         IT IS HEREBY ORDERED that the following schedule shall apply in this case:

16

17

| EVENT | DATE OR DEADLINE |
|-------|------------------|
| Case Management Statement due | 04/07/2015 |
| Further Case Management Conference | 04/09/2015 at 1:30 pm. |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

18

19

20

21

22

23

24

25

26

27

28

1         IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2   are referred to the assigned Magistrate Judge.

3         IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4   orders, which are available on the Court's website and in the Clerk's Office.

5

6   Dated:  March 12, 2015

7   _____

8   BETH LABSON FREEMAN
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2