UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ERIC BENEDICT,

    Plaintiff,

  v.

HEWLETT-PACKARD COMPANY,

    Defendant.

Case No. 13-cv-00119-BLF

**CASE MANAGEMENT ORDER**

On April 9, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following modification to the class certification briefing schedule and hearing dates shall apply:

| EVENT | DATE OR DEADLINE |
|---|---|
| Plaintiff to Provide Statement of Collective Class to Defendants | 04/14/2015 |
| Class Certification Opening Briefs | 05/07/2015 |
| Defense's Opposition to Class Certification | 06/22/2015 |
| Plaintiff's Reply to Defense's Opposition | 07/09/2015 |
| Class Certification Hearing | 07/30/2015 at 9:00 am |
| | |
| | |
| | |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Last Day to Hear Dispositive Motions currently set for 12/03/2015 is reset to 11/19/2015 at 9:00 am.

IT IS FURTHER ORDERED THAT the Parties are to file a stipulated proposed schedule regarding the briefing schedule for motion hearing set for 11/19/2015.

Dated: April 9, 2015

_____
BETH LABSON FREEMAN
United States District Judge