# EXHIBIT SS

## REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

| From: | Mustain, David Lee (LeftHand Networks) |
|---|---|
| To: | ▮▮▮▮ Faucette, Jeff S. (LeftHand Networks) |
| CC: | Frank, Jesse; Quevedo, Juan |
| Sent: | 12/24/2010 7:18:30 AM |
| Subject: | RE: simultaneous Upgrading 4 nodes from 8.1 to 9.0 AND firmware upgrades |



EXHIBIT 26

D. MUSTAIN

6/8/2015

Louise Sousoures, CSR #3575

Hello ▮▮▮
Sorry about not responding sooner, I missed your email.
Do the bios & iLO firmware updates require using Bootable USB Integrated method?

(and that I could just pile the required backplane and drive firmware updates using this same method?)

Yes, you can use the Bootable USB method for all of the firmware. You will add the files to the correct directory on the USB and they should be recognized. I am not aware of any inability to update backplane, Raid Controller, hard drives, ILO, and BIOS if you put the files in the correct location. /compaq/swpackages

Seem to remember from conversation with colleague who initially spoke with Steve that we would do software, then firmware upgrades, correct?

I would recommend that you do the firmware updates first, because the CMC will take a while to finish the upgrade process and reboot all of the nodes. When performing the upgrade to 9.0 the CMC will push out the correct file to each unit in the cluster. Then once the package has successfully been uploaded to each storage system, the CMC will begin to reboot the storage systems one at a time until all units have been upgraded. We have seen some customers get impatient at this point and cancel the upgrade or open a new CMC. When this happens, the upgrade process gets halted where it's at. I recommend when performing the upgrade, you let it sit until you get a message saying that all is complete or an error message comes up.

Here's procedurally what I believe is probably correct…….

If node #1 of 4 is VIP, would I push software to node 4, reboot node 4 to USB for all firmware, then reboot node #4 normally and see in CMC that everything is correct,

then do same for node #3, then do same for node #2, and node #1 last.

This is the correct procedure you are going to follow to get the firmware updated.

David L. Mustain
Shift hours: 6AM - 2PM Mountain
Technical Solutions Consultant II
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ say, "Lefthand Solutions."|

From ▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ OM]
Sent: Thursday, December 23, 2010 11:59 PM
To: Faucette, Jeff S. (LeftHand Networks); Mustain, David Lee (LeftHand Networks)
Cc: Frank, Jesse; Quevedo, Juan
Subject: RE: simultaneous Upgrading 4 nodes from 8.1 to 9.0 AND firmware upgrades
Importance: High

CONFIDENTIAL

HP00344726

Jeff,

Shot this to Dave Wed early PM but expect he's out on vacation, could you please forward to one of your guys to answer the questions about the simultaneous upgrade from 8.x to 9.0 AND firmware upgrades which Steve and Dave have collectively identified as required, I've only got a colleague's remembrance of a phone conversation with Steve a month ago to go by, just want to have it go smoothly and not have to bother you guys during what you would like to be a slow week…

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Just a few questions about procedure for the 4 node 8.1 to 9.0 software upgrade and these firmware updates for Wed, next week…

Do the bios & iLO firmware updates require using Bootable USB Integrated method?

(and that I could just pile the required backplane and drive firmware updates using this same method?)


Seem to remember from conversation with colleague who initially spoke with Steve that we would do software, then firmware upgrades, correct?


Either we upgrade software on all 4 nodes and then upgrade firmware on each, OR

We upgrade software and then firmware node by node, which is the preferred procedure????


Here's procedurally what I believe is probably correct…….

If node #1 of 4 is VIP, would I push software to node 4, reboot node 4 to USB for all firmware, then reboot node #4 normally and see in CMC that everything is correct,

then do same for node #3, then do same for node #2, and node #1 last.


Is this correct procedure?      `

NEED EMAIL RESPONSE BY TUES NIGHT (Dec 28th) if you don't want me to keep a DBA holding on our side while I call you all…..
* * * * * * * * * * * * * * * *


Thanks,


███████

Network Operations

█████████  ███████████

W)  ███████████████

████████████████████


From: Faucette, Jeff S. (LeftHand Networks)  ██████████████████████████
Sent: Thursday, December 16, 2010 11:42 AM


CONFIDENTIAL                                                    HP00344727



To: Mustain, David Lee (LeftHand Networks); ▆▆▆▆▆▆▆
Subject: RE: Updated: Upgrading 4 nodes from 8.1 to 9.0


Hi ▆▆▆

There is no way to pre-schedule an engineer for you. We expect hold times to be significantly reduced that week.


Please call in via normal means when you are ready and/or need assistance. If you find yourself on hold for a long period of time, shoot me an email and I'll find a resource for you. I will be working that entire week.


Thank you,


Jeff Faucette

Technical Support Manager, Storage Works Division

Hewlett-Packard Co. (Formerly LeftHand Networks)

| ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆ ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆ office | (
▆▆▆▆▆▆▆▆ mobile


---

From: Mustain, David Lee (LeftHand Networks)
Sent: Thursday, December 16, 2010 7:31 AM
To: ▆▆▆▆ , ▆▆
Cc: Faucette, Jeff S. (LeftHand Networks)
Subject: RE: Updated: Upgrading 4 nodes from 8.1 to 9.0


▆▆▆

I must apologise but I cannot guarantee someone will be able to proactively call you for this upgrade. My supervisor Jeff Faucette has instructed us to recommend that al customers attempt the upgrade on their own and then call us if there is a problem. I have included Jeff on this email string. I apologise for any incovenience this will cause you.

David L. Mustain

Shift hours: 6AM - 2PM Mountain

Technical Solutions Consultant II

| mustain@hp.com | 1-800-633-3600 say, "Lefthand Solutions."|


CONFIDENTIAL

HP00344728

From: ███ ████████████████
Sent: Thursday, December 16, 2010 7:19 AM
To: Mustain, David Lee (LeftHand Networks)
Subject: RE: Updated: Upgrading 4 nodes from 8.1 to 9.0

David,

If you're on vacation Dec 29th, could you point this email to one of your colleagues so I
don't have to wait on hold for hours just to schedule this with someone else there?

Intend to start Wed Dec 29th at 10 AM ET.


Thanks,


███████

Network Operations

███████ ████████
█ ██████████
███████████


From: Mustain, David Lee (LeftHand Networks) [mailto:david.mustain@hp.com]
Sent: Tuesday, November 23, 2010 9:22 AM
To: ██████ ██
Subject: RE: Updated: Upgrading 4 nodes from 8.1 to 9.0


Just to let you know, I will be on vacation that week.


David L. Mustain

Technical Solutions Consultant II

| mustain@hp.com | 1-800-633-3600 say, "Lefthand Solutions."|

---

From: ███ ████████████████████
Sent: Tuesday, November 23, 2010 7:14 AM
To: Mustain, David Lee (LeftHand Networks)
Subject: FW: Updated: Upgrading 4 nodes from 8.1 to 9.0

David,

Have discussed scheduling downtime with the powers that be, we have decided that week between
X-mas and New Years

when physical plant closed and no manufacturing activity would be best time to do upgrades.

CONFIDENTIAL

I will contact you when closer to that date to arrange schedule.


Thanks,




Network Operations

████████  ████████

████████████████
████████████



-----Original Appointment-----
From: ████  ██
Sent: Friday, November 19, 2010 3:16 PM
To: 'Mustain, David Lee (LeftHand Networks)'
Subject: Accepted: Updated: Upgrading 4 nodes from 8.1 to 9.0
When: Friday, November 26, 2010 10:00 AM-1:00 PM (GMT-05:00) Eastern Time (US & Canada).
Where:



Server Room land line ┣ ████ ██████

If no answer - call Cell ████████

████████

████████████

CONFIDENTIAL                                                    HP00344730