# EXHIBIT TT

# REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

EXHIBIT 37-A
D. MUSTAIN
6/8/2015
Louise Sousoures, CSR #3575

**Shew, Kam Oi**

| | |
|---|---|
| From: | Mustain, David Lee (LeftHand Networks) |
| Sent: | Friday, August 12, 2011 1:14 PM |
| To: | Funk, Deron J (MPE BRS) |
| Subject: | RE: Questions about case 4633342614, ▮ San/iQ upgrade 8.1 to 9.0 |

Deron, you can find my responses in red below.

David L. Mustain
Shift hours: 6AM - 3PM Mountain
Technical Solutions Consultant II
|▮          ▮            say, "Lefthand Solutions."|

**From:** Funk, Deron J (LeftHand/MPE EE)
**Sent:** Friday, August 12, 2011 1:28 PM
**To:** Mustain, David Lee (LeftHand Networks)
**Subject:** Questions about case 4633342614, Medflight, San/iQ upgrade 8.1 to 9.0

Dave,

Thanks for fixing ▮ San/iQ updates issue on 4633342614. I read through the case notes, and I have a few questions. Maybe when you find the time you could answer a few of them for me (and I'll surely being showing my newbieness with these):

1. How do you enable advanced upgrades from the preferences.txt file (I assume this is different than Support Only mode for patches)
<span style="color:red">You actually enable it in the CMC. Go to help -> preferences -> upgrade preferences-> you should see a radio button to select advanced or normal.</span>
2. I suspect that doing the intermittent upgrade to 8.5 will allow the 10098 patch to install correctly...so how is that intermittent step done?
<span style="color:red">When you enable the advanced downloads, it will allow you to select the upgrade from radio buttons. I just selected 8.5 first since each version contains a RAID controller firmware update it was causing the upgrade to fail.</span>
    Has the CMC already downloaded that update, and you just pick it from a list?
<span style="color:red">Yes, the CMC already downloaded it. You just need to click the upgrade button appropriate for the system you are upgrading. For me it was "Available Systems"</span>
    I've not done or seen any updates being done through the CMC yet, other than installing the cache patch 10096 earlier today (hands on lab training would have gone a long way towards better preparing us for these calls). Looks like we just got the email today that we have lab access now, so maybe we can go foraging for something to break/fix (ok, just kidding with that last one). <span style="color:red">Actually you joke about it, but that is the best way to learn. Set up a test environment and have someone else break it. Then you try to fix it.</span>
3. If there are multiple San/iQ versions between the installed version and the most current one, are they presented as selections in the CMC, or is that something that is possible in Advanced Upgrades mode (these questions are starting to overlap)? <span style="color:red">The Advanced upgrades will let you select the upgrade.</span>
4. And then on a different note, I noticed on my test system where my CMC is installed, that there are lots of .patch files in the downloads folder. Is there a way to "fake out the CMC" by deleting or renaming a .patch file, so as to prevent it from being installed? Or will the CMC see that it's missing, and re-download it?
<span style="color:red">The CMC will actually see the file as corrupted and force you to download a new one before letting you upgrade anything. No way to fake out the CMC when it comes to upgrading and patches. To bypass this, you would either use advance upgrades or support mode upgrades (more dangerous as warnings will not stop the install like they do on a regular upgrade).</span>

1

I know these seem rudimentary, but I think most of us are pretty overwhelmed with the breadth of the knowledge required to effectively support this product, so we are trying to gather and record as much information as possible, as quickly as possible, so we can contribute as much as possible.

Deron, when you are learning the product there are no stupid questions. Just stupid answers. Feel free to ask any questions that fill in information gaps in your knowledge.

I may laugh at the questions, but I will always do my best to answer them or find you the correct answer.

Thanks,

Deron Funk
GCC-BCS MPE Engineer
Hewlett-Packard Company

███████████████ / Email
Monday - Friday, 1PM - 9PM, Eastern (GMT -5)  / Working Hours

Stephane Couture / Manager
███████████████ / Manager's email

Worldwide MPE/iX support will not be extended past December 31, 2010. Customers that cannot migrate to other HP supported solutions by the announced December 31, 2010 End of Support Life date are encouraged to contact their HP representative to discuss potential local support solutions that might be available such as local Mature Hardware and limited Mature Software Support.