# EXHIBIT UU

[EXHIBIT 41 FROM THE DEPOSITION OF DAVID MUSTAIN] IN SUPPORT OF DEFENDANT HEWLETT PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# REDACTED IN ITS ENTIRETY