# EXHIBIT VV

## UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED



# Christopher Adam O'Toole

## Technical Summary

Technical support engineer and trainer experienced with building, integrating, documenting and troubleshooting complex network-centric applications. Competencies include data networking, Internet protocols, Voice over IP, network convergence, contact centers, voice applications and customer issue reproduction.

## Professional Experience

**Cisco Systems, Inc. (Boxborough, MA)**                 Jun. 2012 – Present

*Engineer III Customer Support Customer Advocacy*

As a member of the Cisco TAC Backbone support team for Cisco Unified Communications Manager (CUCM), I provide tier 2 and 3 post-installation support for complex issues involving CUCM and related Unified Communications products. Support responsibilities include voice and video telephony issues, SSL and VPN troubleshooting, integration issues with Cisco and third-party applications, server cluster communication and database replication issues, and platform/Linux OS support issues for physical and virtualized servers. Engage with Sustaining Engineering and Development to resolve product defects. Provide collaborative support to colleagues in related teams, and an escalation path for Cisco UC engineers in the global tier 2 support organization.

**Hewlett-Packard (Marlborough, MA)**                 Apr. 2010 – Jun. 2012

*Technical Solutions Consultant III*

Following the acquisition of 3Com by HP in April of 2010, I continued in my role supporting 3Com voice products. Additional responsibilities included product support for Alcatel-Lucent OmniPCX Enterprise voice on HP BladeSystem, HP4100 series IP phones for Microsoft Lync, and HP A-series switching and routing products.

**3Com Corporation (Marlborough, MA)**                 Jan. 2007 – Apr. 2010

*Enterprise Technical Support Engineer*

As part of the 3Com Global Services Organization, resolved technical support cases for the complete line of 3Com VoIP products, including VCX, NBX, IP Conferencing, IP Telecommuting Module, EPICCenter call center and associated applications.

Deputized as a technical account manager for VCX Enterprise customers, I collaborated with Sustaining Engineering to turn around five large accounts that had planned to rip and replace the solution, including virtualized environments running on IBM POWER5 servers.

Handled software, hardware and networking issues impacting 3Com's voice customers and provided expertise on VoIP and legacy voice protocol issues. Provided root cause analysis of complex problems involving 3Com and third party solutions built on multiple OS platforms, including Linux, VxWorks and Windows. Reproduced customer issues and tested usage cases in the 3Com Voice Lab.

**Vertical Communications, Inc. (Cambridge, MA)**     May 2000 – Dec. 2007

*Technical Support Engineer and Technical Trainer*

Provided expert support and technical training for TeleVantage, a converged IP-PC-PBX and contact center product based on Visual Voice technology developed in MIT's Media Lab.

Trained over 400 technicians on TeleVantage in hands-on classes held throughout North America and Europe. Wrote technical training materials for TeleVantage versions 4.0 through 7.0. Held training update webinars and presented at the yearly VAR conference.

Assisted partners with Windows/Intel industrial servers, Dialogic voice interface boards, software installation, system configuration, PSTN signaling, VoIP protocols, voice/IVR applications, desktop clients and troubleshooting of all system layers.

Worked with Quality Assurance and Development to reproduce, diagnose and correct software, firmware and hardware issues. Took part in manual QA smoke and feature tests, and participated in new feature planning meetings. Collaborated with Documentation to refine product manual content and publish technical notes to our public website.

**PSINet, Inc. (Troy, NY)**     Jun. 1997 – Apr. 2000

*Customer Support Engineer II*

Provided installation and ongoing support for business-class Internet services covering a wide gamut of access technologies and Internet protocols.

Developed expertise on a full range of WAN technologies, including T1, multiplexed T1, T3, frame relay, MAN, ISDN and long-range wireless. Configured and supported routers, T1/T3 CSU/DSUs and wireless transceivers. Guided customers through installation of new SMB and Enterprise class Internet services. Resolved connectivity and configuration issues pertaining to RIP, OSPF and BGP routing protocols, DNS, SMTP, USENET and other key Internet protocols.

Administered authoritative DNS services on Solaris server clusters, including PSINet's critical infrastructure forward and reverse domains, and registered domain names, network numbers, routes and AS numbers for customers worldwide. Piloted using Men and Mice DNS Analyzer to proactively identify and resolve customer DNS configuration issues.

# Education

| | |
|---|---|
| B.A., | State University of New York at Albany |
| Activities: | Archaeological research, Flint Mine Hill, Greene County, NY |
| | Associate Ad Producer, Albany Student Press |

# Certifications

3Com Certified IP Telephony VCX Expert
Cisco CCNA, current (2012)
Cisco Security Ninja White Belt
CompTIA Network+
TIA Converged Technologies Professional (CTP) and Certified Instructor (CTPCI)
Vertical Communications Certified TeleVantage Instructor