# EXHIBIT ZZ

# REDACTED IN ITS ENTIRETY