UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case No. 13-cv-00119-BLF<br><br>**ORDER (1)CONSTRUING PLAINTIFFS' MOTION TO SHORTEN TIME AND COMPEL PRODUCTION AS AN ADMINISTRATIVE MOTION; ORDERING DEFENDANT TO RESPOND WITHIN FOUR (4) DAYS**<br><br>[Re: ECF 339] |

On June 30, 2015, Plaintiffs filed a motion seeking an extension of time to file their reply brief in support of class certification, as well as to compel Defendant's production of certain documents. ECF 339.

The Court hereby construes this motion as an administrative motion brought pursuant to Civil Local Rule 7-11, and ORDERS Defendant to respond, in no more than five (5) pages, by 12 p.m. on July 6, 2015.

**IT IS SO ORDERED.**

Dated: June 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge