1   Kelly M. Dermody (Cal. Bar No. 171716)
    Daniel M. Hutchinson (Cal. Bar No. 239458)
2   Anne B. Shaver (Cal. Bar No. 255928)
    Marc A. Pilotin (Cal. Bar No. 266369)
3   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
4   San Francisco, CA 94111-3339
    Telephone:  (415) 956-1000
5   Facsimile:   (415) 956-1008
    E-Mail: kdermody@lchb.com
6   E-Mail: dhutchinson@lchb.com
    E-Mail: ashaver@lchb.com
7   E-Mail: mpilotin@lchb.com
    *Attorneys for Plaintiffs and proposed Class Members*
8
    Wendy M. Lazerson (Cal. Bar No. 97285)
9   Caryn F. Horner (Cal. Bar No. 273500)
    1001 Page Mill Road
10  Building 1
    Palo Alto, California 94304
11  Telephone: (650) 565-7000
    Facsimile: (650) 565-7100
12  E-Mail: wlazerson@sidley.com
    E-Mail: chorner@sidley.com
13
    *Attorneys for Defendant and Counterclaimant Hewlett-Packard*
14  *Company*

15  [additional attorneys on signature page]

16                 UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19

20  ERIC BENEDICT, RICHARD            Case No. C 13-0119 BLF
    BOWDERS, KILRICANOS VIEIRA, and
21  DAVID MUSTAIN on behalf of        **STIPULATION AND [PROPOSED]**
    themselves and classes of those similarly    **ORDER REGARDING CERTAIN**
22  situated,                         **HEARING DATES AND OTHER**
                                      **DEADLINES PENDING MEDIATION**
23              Plaintiffs,

24        v.

25  HEWLETT-PACKARD COMPANY,

26              Defendant.

27

28

1  WHEREAS, the parties have completed substantial discovery and briefing on Plaintiffs'

2  Motion for Class Certification under Rule 23 ("Rule 23 Motion") (ECF No. 315);

3  WHEREAS, the parties have also completed briefing on HP's Motion to Enforce

4  Collective Action Waivers ("Waiver Motion") (ECF No. 317);

5  WHEREAS, informed by the record developed to date, the parties mutually agree that it is

6  an opportune time in the case to explore potential resolution;

7  WHEREAS, the parties are discussing mediators and working to find appropriate dates for

8  a mediation;

9  WHEREAS, the parties have significant case deadlines occurring near and after the

10  anticipated mediation;

11  WHEREAS, the parties believe it might waste Court resources, cause unnecessary work

12  and costs, and create distractions and disagreements to maintain the near-term litigation

13  deadlines, including the Court's time and resources to review the parties' submissions in

14  connection with the Rule 23 Motion and Waiver Motion, while attempting simultaneously to

15  resolve the case;

16  WHEREAS, the fact discovery cutoff is currently set for September 3, 2015, and was set

17  initially based on the date the Rule 23 Motion would be heard;

18  WHEREAS, the parties believe that, within the next 14 days, they will be able to finalize a

19  date for mediation and jointly propose a short continuance of other deadlines in the form of a

20  Joint Statement Re: Remaining Deadlines ("Joint Statement"); and

21  WHEREAS, pursuant to Local Rule 6-2(a)(2), the parties disclose that there have been

22  previous requests for time modifications in this case, as shown in ECF Nos. 68, 98, 104, 275, 285,

23  299, 323, and 345, though none to accommodate settlement talks.

24  THEREFORE, THE PARTIES AGREE AND STIPULATE that

25  1.  The following dates be taken off calendar: (a) the hearing scheduled for July 30,

26  2015 on Plaintiffs' Motion for Class Certification; (b) the hearing scheduled for

27  August 20, 2015 on HP's Motion to Enforce Collective Action Waivers; and (c)

28  the fact discovery cutoff, currently set for September 3, 2015; and

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN HEARING DATES AND
OTHER DEADLINES PENDING MEDIATION

1265653.5

1   2.   The Parties shall file the Joint Statement within 14 dates of the Court's approval

2   and entry of this Stipulation proposing new case management dates, including for

3   those events described in paragraph 1 above.

4   **IT IS SO STIPULATED.**

5   Dated: July 20, 2015                    LIEFF, CABRASER, HEIMANN & BERNSTEIN,
                                            LLP
6

7                                          By:   */s/ Kelly M. Dermody*
                                                 Kelly M. Dermody
8
                                            Kelly M. Dermody (Cal. Bar No. 171716)
9                                           Daniel M. Hutchinson (Cal. Bar No. 239458)
                                            Anne B. Shaver (Cal. Bar No. 255928)
10                                          Marc A. Pilotin (Cal. Bar No. 266369)
                                            LIEFF, CABRASER, HEIMANN & BERNSTEIN,
11                                          LLP
                                            275 Battery Street, 29th Floor
12                                          San Francisco, CA 94111-3339
                                            Telephone: (415) 956-1000
13                                          Facsimile: (415) 956-1008
                                            E-Mail: kdermody@lchb.com
14                                          E-Mail: dhutchinson@lchb.com
                                            E-Mail: ashaver@lchb.com
15                                          E-Mail: mpilotin@lchb.com
16

17                                          OUTTEN & GOLDEN, LLP
18
                                            By:   */s/ Jahan C. Sagafi*
19                                                Jahan C. Sagafi

20                                          Jahan C. Sagafi (Cal. Bar No. 224887)
                                            OUTTEN & GOLDEN LLP
21                                          One Embarcadero Center, 38th Floor
                                            San Francisco, CA  94111
22                                          Telephone: (415) 638-8800
                                            Facsimile: (415) 638-8810
23                                          E-Mail: jsagafi@outtengolden.com
24
                                            Adam T. Klein (admitted *pro hac vice*)
25                                          Juno Turner (admitted *pro hac vice*)
                                            OUTTEN & GOLDEN LLP
26                                          3 Park Avenue, 29th Floor
                                            New York, New York 10016
27                                          Telephone: (212) 245-1000
                                            Facsimile: (212) 977-4005
28

- 2 -                    STIPULATION AND [PROPOSED] ORDER
                         REGARDING CERTAIN HEARING DATES AND
                         OTHER DEADLINES PENDING MEDIATION

1265653.5

1          E-Mail: atk@outtengolden.com
           E-Mail: jturner@outtengolden.com
2

3          *Attorneys for Plaintiffs and proposed Class Members*

4    Dated:  July 20, 2015          SIDLEY AUSTIN LLP

5                                   By:   */s/ Max Fischer*

6                                   Wendy M. Lazerson (Cal. Bar No. 97285)
7                                   Caryn F. Horner, (Cal. Bar No. 273500)
                                    chorner@sidley.com
8                                   SIDLEY AUSTIN LLP
                                    1001 Page Mill Road
9                                   Building 1
                                    Palo Alto, California  94304
10                                  Telephone:  (650) 565-7000
                                    Facsimile:  (650) 565-7100
11                                  E-Mail: wlazerson@sidley.com
12                                  E-Mail: chorner@sidley.com

13                                  Max C. Fischer (Cal. Bar No. 226003)
                                    SIDLEY AUSTIN LLP
14                                  555 West Fifth Street, Suite 4000
15                                  Los Angeles, California 90013-1010
                                    Telephone: (213) 896-6000
16                                  Facsimile: (213) 896-6600
                                    E-Mail: mfischer@sidley.com
17
                                    *Attorneys for Defendant Hewlett-Packard Company*
18

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20   Dated: _____, 2015

21                                  _____
22                                  The Honorable Beth Labson Freeman
                                    United States District Judge
23

24

25

26

27

28

1265653.5

1

## <u>ATTESTATION</u>

2        Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence

3   in the filing of this document has been obtained from the other signatories above.

4

5   Dated: July 20, 2015                              By:   _/s/ Kelly M. Dermody_____
                                                            Kelly M. Dermody

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1265653.5