UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case No. 13-cv-00119-BLF<br><br>**ORDER ON CASE MANAGEMENT DATES**<br><br>[Re: ECF 357] |

On August 7, 2015, the parties submitted a joint statement regarding changing their case management dates in light of the parties' mediation on December 4, 2015. *See* ECF No. 357. The Court has considered the parties' proposals and changed some dates due to pre-existing conflicts on the Court's calendar. The parties are to meet and confer on a briefing schedule that is consistent with the below dates and ensure that the final brief for any motion is submitted at least two weeks prior to that motion's hearing date.

| | |
|---|---|
| Hearing on Plaintiffs' Rule 23 Motion for Class Certification | January 28, 2016 at 9:00 a.m. |
| Hearing on Defendant's Motion to Enforce Collective Action Waivers | February 25, 2016 at 9:00 a.m. |
| Hearing on FLSA Decertification Motion | June 16, 2016 at 9:00 a.m. |
| Hearing on Motion for Summary Judgment on HP's Counterclaims | May 26, 2016 at 9:00 a.m. |
| Hearing on Motion for Summary Judgment on Plaintiffs' Claims | July 21, 2016 at 9:00 a.m. |
| Final Pretrial Conference and Hearing on Motions *in Limine* | August 18, 2016 at 1:30 p.m. |
| Trial | October 3, 2016 |

**IT IS SO ORDERED.**

Dated: August 17, 2015

                                                                                      _____
                                                                                      BETH LABSON FREEMAN
                                                                                      United States District Judge