# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case No. 13-cv-00119-BLF<br><br>**ORDER REGARDING REDACTION OF ORDER DENYING PLAINTIFFS' MOTION TO CERTIFY CLASS**<br><br>[Re: ECF 388] |

On March 29, 2016, the Court filed its Order Denying Plaintiffs' Motion to Certify Class under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. This order was separately transmitted to the parties in this case. The parties are ordered to meet and confer by no later than April 7, 2016 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on April 7, 2016, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: March 29, 2016

                                                       _____
                                                     BETH LABSON FREEMAN
                                                     United States District Judge