UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case No. 13-cv-00119-BLF<br><br>**ORDER GRANTING DEFENDANT'S PROPOSED REDACTIONS TO THE COURT'S ORDER DENYING CLASS CERTIFICATION**<br><br>[Re: ECF 391] |

    Before the Court is Defendant's unopposed motion to redact portions of the Court's Order Denying Plaintiffs' Motion to Certify Class, currently filed under seal. ECF 391. Defendant seeks to file portions of two lines of the Order—6:17 and 29:20—under seal because they pertain to the salaries of putative class members. ECF 391. Defendant attaches a declaration explaining that HP treats information about its employees, including salary information, as confidential and takes reasonable steps to limit its disclosure, in part to avoid violating its employees' privacy interests. Menz Decl. ¶ 6, ECF 391-2.

    Having reviewed the proposed redactions and the accompanying declaration, the Court finds that Defendant has met the "compelling reasons" standard set forth in *Kamakana v. City & Cty. of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006). In addition, the Court finds that the proposed redactions are narrowly tailored and seek only to seal confidential information, consistent with Civil Local Rule 79-5(d)(1)(C).

    As such, Defendant's motion to file the salary information contained in lines 6:17 and 29:20 of the Order is GRANTED. Defendant is ORDERED to file a copy of the Order with those

portions redacted by no later than April 15, 2016.

**IT IS SO ORDERED.**

Dated: April 8, 2016

_____
BETH LABSON FREEMAN
United States District Judge