UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT,<br><br>        Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Defendant. | Case No.  13-cv-00119-BLF<br><br>**ORDER RE STIPULATION REGARDING MODIFIED SCHEDULE FOR BRIEFING ON MOTION TO DECERTIFY FLSA COLLECTIVE ACTION**<br><br>[Re: ECF 410] |

The parties have stipulated that "Plaintiffs and Defendant will be able to use testimony obtained through the deposition of Ms. Holiday in support of their Opposition/Reply briefs, respectively." Because the parties' stipulation allows for the presence of new materials and possibly new arguments to appear in the Reply, the Court CONSTRUES the stipulation as a waiver of any objections to reply evidence, *see* Civ. L.R. 7-3(d), or any request to file a Sur-Reply on the basis of new evidence or argument appearing in the Reply. With that in mind, the Court APPROVES the agreed briefing schedule.

     **IT IS SO ORDERED.**

Dated: May 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge