UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT,<br><br>  Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Defendant. | Case No. 13-cv-00119-BLF<br><br>**ORDER REGARDING REDACTION OF ORDER GRANTING DEFENDANT'S MOTION TO DECERTIFY FLSA COLLECTIVE**<br><br>[Re: ECF 446] |

The Court's Order Granting Defendant's Motion to Decertify FLSA Collective has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than July 21, 2016 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on July 21, 2016, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: July 14, 2016

_____
BETH LABSON FREEMAN
United States District Judge