Wendy M. Lazerson (Cal. Bar No. 97285)
SIDLEY AUSTIN LLP
1001 Page Mill Rd., Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
E-Mail: wlazerson@sidley.com

*Attorneys for Defendant and Counterclaimant
Hewlett-Packard Company*
[Additional counsel on signature page]

Kelly M. Dermody (Cal. Bar No. 171716)
Daniel M. Hutchinson (Cal. Bar No. 239458)
Anne B. Shaver (Cal. Bar No. 255928)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: dhutchinson@lchb.com
E-Mail: ashaver@lchb.com

*Attorneys for Plaintiffs and proposed Class Members*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC BENEDICT, RICHARD BOWDERS, KILRICANOS VIEIRA, and DAVID MUSTAIN, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. C 13-0119 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER RE-SETTING DATES FOR SUMMARY JUDGMENT HEARING AND FINAL PRETRIAL CONFERENCE AS MODIFIED** |

1  WHEREAS, Plaintiffs Eric Benedict and David Mustain ("Plaintiffs") and Defendant Hewlett-Packard Company ("HP") are in discussions to resolve the case and have engaged with a mediator for that purpose;

WHEREAS, HP's Motion for Summary Judgment against Plaintiffs on their individual claims is currently set for hearing July 21, 2016, and there are several other upcoming deadlines based on the Final Pretrial Conference, currently scheduled for August 18, 2016, at 1:30 p.m.;

WHEREAS, the parties believe it would be productive to defer the Summary Judgment hearing and Final Pretrial Conference to provide them time to engage with the mediator in an attempt to the resolve the case;

WHEREAS, the parties have met and conferred and jointly reached a proposal for a modified schedule that would give the parties such time while still keeping the current trial date (October 3, 2016) and still holding the Final Pretrial Conference more than two weeks in advance of the trial date, consistent with this Court's Standing Order;

THEREFORE, the parties hereby stipulate and request that the Court enter an Order:

1. Resetting the hearing on HP's Motion for Summary Judgment from July 21, 2016, at 9:00 a.m., to August 18, 2016, at 1:30 p.m.;

2. Resetting the Final Pretrial Conference from August 18, 2016 at 1:30 p.m. to September ~~15~~ 22, 2016, at 1:30 p.m.;

3. All deadlines that are based on the Final Pretrial Conference as set forth in the Court's Standing Order(s) shall be reset accordingly; and

4. All other dates shall remain the same.

**IT IS SO STIPULATED.**

Dated: July 15, 2016                    SIDLEY AUSTIN LLP

                                        By: */s/ Wendy M. Lazerson*
                                            Wendy M. Lazerson

                                        Wendy M. Lazerson (Cal. Bar No. 97285)
                                        Dorna Moini (Cal. Bar No. 287115)
                                        SIDLEY AUSTIN LLP
                                        1001 Page Mill Road
                                        Building 1
                                        Palo Alto, California  94304

|   |   |
|---|---|
| 1 | Telephone:  (650) 565-7000 |
| 2 | Facsimile:  (650) 565-7100<br>E-Mail: wlazerson@sidley.com<br>E-Mail: dmoini@sidley.com |

Max C. Fischer (Cal. Bar No. 226003)
David R. Carpenter (Cal. Bar No. 230299)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
E-Mail: mfischer@sidley.com
E-Mail: drcarpenter@sidley.com

*Attorneys for Defendant and Counterclaimant Hewlett-Packard Company*

Dated: July 15, 2016                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  */s/ Jahan C. Sagafi*
       Jahan C. Sagafi

Kelly M. Dermody (Cal. Bar No. 171716)
Daniel M. Hutchinson (Cal. Bar No. 239458)
Anne B. Shaver (Cal. Bar No. 255928)
Marc A. Pilotin (Cal. Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: dhutchinson@lchb.com
E-Mail: ashaver@lchb.com
E-Mail: mpilotin@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Juno Turner (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: jturner@outtengolden.com

1
2
3
4
5
6

Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA  94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
*Attorneys for Plaintiffs, Counterdefendant and proposed Class Members*

7

8  **PURSUANT TO STIPULATION, IT IS ORDERED AS MODIFIED ABOVE.**

9

10  Dated: July 15, 2016

_____
The Honorable Beth Labson Freeman
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: July 15, 2016                     SIDLEY AUSTIN LLP

By: */s/ Wendy M. Lazerson*

*Attorneys for Defendant and
Counterclaimant Hewlett-Packard Company*